WEINSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYES, M.J.

---------------------------------x

LARRY G. PHILPOT,

                      Plaintiff,

        v.

MELVILLE   HOUSE   PUBLISHING,
LLC,

                      Defendant.

---------------------------------x

CV 18 - 5515

Case No. _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT - 2 2018 ★

BROOKLYN OFFICE

---

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

---

       Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff") files this Original Complaint and Jury

Demand against Defendant Melville House Publishing, LLC ("Melville House" or "Defendant")

on personal knowledge as to all facts regarding himself and on information and belief as to all

other matters, as follows:

### I.

### PRELIMINARY STATEMENT

       Photographers create pieces that extend well beyond the four corners of the photograph to

evoke sentiments within the viewer so that the viewer is a part of the moment captured in time.

For concert photographers, the odds are almost always against them—the musicians are constantly

moving, the lighting is usually dark and typically changing, and it is practically impossible to

secure a good vantage point.  But every now and then, a photographer is able to get a great shot,

the kind of iconic shot that does exactly what photographs are supposed to do, make the viewer a

part of that very moment in time.

---

Larry Philpot, an experienced freelance photographer, created an iconic photograph of Jerry Lee Lewis, capturing a moment in time with the artist amidst the turbulence of a music concert. This photograph is the type of awe-inspiring work that can make a successful photography career. Philpot offered the photograph under a Creative Commons license, permitting members of the public to use the photos provided that the photos are properly attributed to Philpot.

Defendant Melville House copied and posted Philpot's photograph of Jerry Lee Lewis onto its website as its own, thereby infringing on Philpot's copyrighted work. In freelance photography, the reputation and licensing revenue guarded by copyright law are a photographer's sole means to support their career. Melville House stole both of those from Philpot. Larry Philpot brings this action to protect not just his rights under copyright law, but also his livelihood as a photographer.

## II.

## PARTIES

### A. Plaintiff

1.　　Plaintiff Larry G. Philpot is a citizen and resident of the State of Indiana. Philpot is a renowned freelance photographer who specializes in photographing concerts and musical performances across the United States.

### B. Defendant

2.　　Defendant Melville House Publishing, LLC is a New Jersey limited liability company with its principal place of business in New York that may be served via its registered agent, Valerie Merians, at 1231 Park Avenue, Apt. 6, Hoboken, New Jersey 07030-4424 or wherever she may be found.

## III.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising under the Constitution, laws, or treaties of the United States.

4. This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the Copyright Act of the United States, 17 U.S.C. § 101, *et seq.*

5. This Court has personal jurisdiction over Melville House Publishing, LLC because it is a New Jersey limited liability company and because its principal place of business is in the State of New York.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant Melville House Publishing, LLC resides and may be found in this District.

## IV.

## FACTUAL BACKGROUND

### A. The Highly Competitive World of Freelance Concert Photography

7. To say that concert photography is a tough business is a severe understatement. Before having the opportunity to even take a photo, concert photographers must invest in expensive equipment and negotiate to obtain access to the concert stage. At the concert, they must battle all the variables that arise from an uncontrolled setting—a rowdy crowd, horrible lighting that is always changing, and musicians constantly moving. Not to mention, it is really loud. As a result, despite all of their efforts and hard work, concert photographers often take photographs that are entirely unusable, where the rock stars appear as blurs and washy blobs.

8.      Financially, it can be difficult to maintain a steady income stream from concert photography.  Freelance concert photographers only earn money when they license or sell their work product.  If the photographs are unusable, which is often the case, or simply aren't good, then the photographers do not receive any type of payment.

9.      And, in today's technological age where anyone with a smart phone can take pictures at concerts, concert photography is becoming significantly more competitive, making it even more imperative to capture *the* perfect shot.  Because that is all that there is demand for—a few once-in-a-lifetime shots for each star.  It doesn't matter if a concert photographer takes 100 good shots of a star at a concert—an article about Jerry Lee Lewis, for example, only needs one picture of Jerry Lee Lewis—*the best one*.

10.     In such a competitive environment, it is essential that concert photographers receive the compensation and credit to which they are entitled, but also need to advance their career.

**B.  Larry Philpot: A Professional Concert Photographer**

11.     Larry Philpot is a renowned freelance photographer who specializes in taking photographs of musicians at concerts and other performances.  Philpot has invested tens of thousands of dollars in equipment and has spent years perfecting his craft.  He has established a strong reputation for himself and his work, and due to his professional reputation, he often obtains privileged access to take photographs of musical performers at concerts.

12.     Philpot's reputation as a premier photographer is critical to his business.  The more his photographs are viewed with proper attribution provided to him, the more access he can obtain to take celebrity photographs, and the more he can command in licensing fees.

13.     Philpot regularly licenses his photographs to end customers, including Rolling Stone—it is how he earns his living and expands his business.  Philpot has also licensed his photographs to premier musicians, including KISS, John Mellencamp, and Kid Rock.

**C.  Philpot Creates the Jerry Lee Lewis Photograph**

14.     On April 30, 2011, Philpot created a photograph of Jerry Lee Lewis in Memphis, Tennessee (the "Jerry Lee Lewis Photo").  A true and correct copy of the Jerry Lee Lewis Photo is attached as Exhibit A.

15.     The Jerry Lee Lewis Photo is an original work that Philpot registered with the United States Copyright Office as part of a collection of photographs on May 17, 2013.  The Jerry Lee Lewis Photo is registered with the United States Copyright Office under Certificate Number VAu 1-164-648.  A copy of the copyright registration certificate for the Jerry Lee Lewis Photo is attached as Exhibit B.

16.     As the owner of the copyright in the Jerry Lee Lewis Photo, Philpot has the exclusive rights to (1) reproduce the Jerry Lee Lewis Photo in copies, (2) prepare derivative works based on the Jerry Lee Lewis Photo, (3) distribute copies of the Jerry Lee Lewis Photo to the public by sale or other transfer of ownership, or by rental, lease, or lending, and (4) display the Jerry Lee Lewis Photo publicly.

17.     Philpot first displayed the Jerry Lee Lewis Photo on October 4, 2013 on the Wikimedia    website.    The    original    full-sized    photo    can    be    found    at https://commons.wikimedia.org/wiki/File:Jerry_Lee.jpg.  A copy of this webpage with the Jerry Lee Lewis Photo is attached as Exhibit C.

18.     The Jerry Lee Lewis Photo has become one of the most widely-viewed pictures of Jerry Lee Lewis.

**D.  The Creative Commons License**

19.     A Creative Commons license is a simple, standardized copyright license that anyone can use to license their work.  The copyright holder designates their work as governed by

a Creative Commons license, and anyone may use the work provided they adhere to the terms of the license.

20.    In an effort to market his freelance photography practice, Philpot offered the Jerry Lee Lewis Photo through Wikimedia for distribution, public display, and public digital performance under a Creative Commons Attribution-ShareAlike 3.0 Unported Generic license (abbreviated as "CC BY-SA 3.0"). A copy of the CC BY-SA 3.0 license is attached as Exhibit D.

21.    This license allows anyone to use the work, provided that they, among other requirements:

      a.  Include a copy of the Uniform Resource Identifier for the CC BY-SA 3.0;

      b.  Provide attribution to the author of the work; and

      c.  Provide the Uniform Resource Identifier that the licensor specifies to be included with the work.

**E.   Restrictions on the Jerry Lee Lewis Photo**

22.    At the Wikimedia website, Larry Philpot provided the following description for the Jerry Lee Lewis Photo, "English: Jerry Lee Lewis performs in Memphis." Philpot also provided the following attribution requirement: "Attribution should be: Photo credit: Larry Philpot, www.soundstagephotography.com."

23.    Additionally, the Jerry Lee Lewis Photo contains specific metadata identifying Larry Philpot as the creator and that the work is copyrighted:



Preview | Publish

Jerry_Lee.jpg

Metadata | Keywords

**File Properties**

| | |
|---|---|
| Filename | Jerry_Lee.jpg |
| Document Type | JPEG file |
| Application | Adobe Photoshop CC (Windows) |
| Date Created | 4/30/2011, 7:11:35 PM |
| File Size | 337 KB |
| Dimensions | 800 x 533 |
| Dimensions (in inches) | 2.7" x 1.8" |
| Resolution | 300 ppi |
| Bit Depth | 8 |
| Color Mode | RGB |
| Color Profile | Adobe RGB (1998) |

**IPTC Core**

| | |
|---|---|
| Creator | Larry Philpot |
| Creator: Job Title | Photographer |
| Creator: City | Indianapolis |
| Creator: State/Provi | Indiana |
| Creator: Country | USA |
| Creator: Phone(s) | 317-567-1338 |
| Creator: Email(s) | larrygphilpot@gmail.com |
| Creator: Website(s) | www.soundstagephotography.com |
| Headline | Rock History Magazine Legends |
| Description | |
| Keywords | Jerry Lee Lewis; musicians; live; performance |
| Description Writer | |
| Date Created | 4/30/2011, 7:11:35 PM |
| City | |
| State/Province | |
| Credit Line | |
| Source | |
| Copyright Notice | Copyright, Larry Philpot |
| Copyright Status | Copyrighted |
| Rights Usage Terms | This photograph may not be modified, republished, or used in any way without the express written consent of the Copyright Owner. |

**F.  Melville House Infringes Philpot's Copyright in the Jerry Lee Lewis Photo.**

24.    At all relevant times, Melville House owned and operated the website located at www.mhpbooks.com.

25.    Melville House used and uses the website at www.mhpbooks.com for financial gain by selling advertising to third parties.

26.    Melville House infringed Philpot's copyright in the Jerry Lee Lewis Photo by publishing, copying, and displaying the Jerry Lee Lewis Photo on the www.mhpbooks.com website at www.mhpbooks.com/memoir-by-bob-dylan-confidante-attracts-worldwide-interest/ and www.mhpbooks.com/michael-chabon-pop-lyricist/.  A copy of these webpages as these appeared with the Jerry Lee Lewis Photo is attached as Exhibit E.

27.    Melville House did not provide attribution to Philpot when it published the Jerry Lee Lewis Photo.

28.    Melville   House   did   not   list   or   link   to   Philpot's   website, soundstagephotography.com when it published the Jerry Lee Lewis Photo.

29.    Philpot discovered these infringements on October 2, 2015.

30.    Additionally, Melville House removed and altered the copyright management information in the metadata of the Jerry Lee Lewis Photo that identified Larry Philpot as the creator and that the image is copyrighted.  Specifically, Melville House:

> a.  Removed the title "Jerry_Lee.jpg" from the metadata of the Jerry Lee Lewis Photo;
>
> b.  Removed the name of the creator, "Larry Philpot," from the metadata of the Jerry Lee Lewis Photo;
>
> c.  Removed the phone number of the creator, "317-567-1338," from the metadata of the Jerry Lee Lewis Photo;

d. Removed the website of the creator, "www.soundstagephotography.com," from the metadata of the Jerry Lee Lewis Photo;

e. Removed the date of creation, "4/30/2011, 7:11:35 PM," from the metadata of the Jerry Lee Lewis Photo;

f. Removed the copyright notice, "Copyright, Larry Philpot," from the metadata of the Jerry Lee Lewis Photo;

g. Removed the copyright status, "Copyrighted," from the metadata of the Jerry Lee Lewis Photo;

h. Removed the rights usage terms, "This photograph may not be modified, republished, or used in any way without the express written consent of the Copyright Owner," from the metadata of the Jerry Lee Lewis Photo; and

i. Altered the copyright status in the metadata of the Jerry Lee Lewis Photo to "Unknown."

## G. The Damage Done

31.     Melville House passed off Philpot's Jerry Lee Lewis Photo as its own, ignoring Philpot's primary requirement under the Creative Commons license to allow Melville House to use his copyrighted work—the credit. Philpot has been deprived of the credit for taking the exceptional Jerry Lee Lewis Photo.

32.     Additionally, Melville House removed and altered the metadata from the Jerry Lee Lewis Photo, thereby creating the impression that the Jerry Lee Lewis Photo is in the public domain and exposing it to further copying by third parties without any notice that the image is copyrighted by Philpot.

## V.

## CLAIMS

### A. Count One: Copyright Infringement

33.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

34.     Defendant operate and operated the website located at www.mhpbooks.com.

35.     Defendant published, copied, and displayed the Jerry Lee Lewis Photo at www.mhpbooks.com/memoir-by-bob-dylan-confidante-attracts-worldwide-interest/.

36.     Defendant published, copied, and displayed the Jerry Lee Lewis Photo at www.mhpbooks.com/michael-chabon-pop-lyricist/.

37.     Defendant's acts are and were performed without the permission, license, or consent of Plaintiff.

38.     Defendant acted with willful disregard of the laws protecting Plaintiff's copyrights.

39.     Defendant infringed Plaintiff's copyrights in the Jerry Lee Lewis Photo in violation of 17 U.S.C. § 501.

40.     Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

41.     Plaintiff is informed and believes and thereon alleges that the Defendant has obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will require an accounting from the Defendant of all monies generated from the Jerry Lee Lewis Photo.

42.     In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each work willfully infringed by Defendant in an amount of $150,000 per work infringed.

43.     Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.   Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502, as well as seizure of the Jerry Lee Lewis Photo.

44.     Plaintiff is entitled to recover from the Defendant his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

**B.  Count Two: Removal of Copyright Management Information**

45.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

46.     Defendant, without Plaintiff's knowledge, permission, or authorization, intentionally removed and/or altered copyright management information for the Jerry Lee Lewis Photo by removing the metadata for the Jerry Lee Lewis Photo that contained Plaintiff's copyright management information, in violation of 17 U.S.C. § 1202(b)(1).

47.     Defendant, without Plaintiff's knowledge, permission, or authorization distributed the altered copyright management information for the Jerry Lee Lewis Photo knowing that the copyright management information had been removed or altered without the authority of Plaintiff or the law, in violation of 17 U.S.C. § 1202(b)(2).

48.     Defendant, without Plaintiff's knowledge, permission, or authorization distributed the Jerry Lee Lewis Photo knowing that copyright management information had been removed or altered without the authority of Plaintiff or the law, knowing or having reasonable grounds to know that such acts will induce, enable, facilitate, or conceal an infringement of copyright, in violation of 17 U.S.C. § 1202(b)(3).

49.     Defendant's removal or alteration of copyright management information from the Jerry Lee Lewis Photo was and is willful and intentional, and was and is executed with full knowledge of Plaintiff's rights under Copyright Law, and in disregard of those rights.

50.     Plaintiff is entitled under 17 U.S.C. § 1203(b)(1) to the entry of permanent injunctive relief to prevent or restrain Defendant from removing Plaintiff's copyright management information or distributing Plaintiff's copyrighted works knowing that such copyrighted information has been unlawfully removed or altered.

51.     Plaintiff is entitled to the impoundment of any and all devices or products that is in the control or custody of Defendant that was involved in the removal, alteration, or the display of altered copyright management information for the Jerry Lee Lewis Photo pursuant to 17 U.S.C. § 1203(b)(2).

52.     Plaintiff is entitled to recover his actual damages suffered as a result of the violation and any profits of Defendant attributable to the violation and not taken into account in computing actual damages, or, at Plaintiff's election, statutory damages pursuant to 17 U.S.C. § 1203(c).

53.     Plaintiff is entitled to recover costs and attorney's fees from Defendant pursuant to 17 U.S.C. § 1203(b)(4) and (5).

## VI.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands that judgment be entered against Defendant as follows:

1.  Pursuant to 17 U.S.C. § 502, that Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights in any manner, including generally, but not limited to

reproducing, distributing, displaying, performing or making derivatives of any of the Jerry Lee Lewis Photo;

2.   Pursuant to 17 U.S.C. § 1203(b)(1), that Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly removing or altering Plaintiff's copyright management information from any work and from distributing any of Plaintiff's works with removed or altered copyright management information;

3.   Pursuant to 17 U.S.C. § 503, that Defendant be ordered to:

   a.   Retrieve, to the extent possible, all copies of the Jerry Lee Lewis Photo;

   b.   Inform all recipients of the Jerry Lee Lewis Photo of Plaintiff's ownership;

   c.   Inform all recipients of the Jerry Lee Lewis Photo that Defendant was not authorized to reproduce, distribute, display, perform, or make derivatives of the Jerry Lee Lewis Photo;

4.   Pursuant to 17 U.S.C. § 1203(b)(2), that any and all devices or products that is in the control or custody of Defendant that was involved in the removal, alteration, or the display of altered copyright management information for the Jerry Lee Lewis Photo be impounded;

5.   Pursuant to 17 U.S.C. § 504, that Defendant be required to pay actual damages and disgorgement of all profits derived by Defendant from its acts of copyright infringement;

6.   That Defendant be required to perform a complete and full accounting of all profits generated by Defendant from the Jerry Lee Lewis Photo;

7.   Pursuant to 17 U.S.C. § 504, that upon Plaintiff's election, Defendant be required to pay statutory damages up to $150,000 for each work infringed for its acts of copyright infringement, and in the event the factfinder determines that Defendant's infringement was not

willful, that Defendant be required to pay statutory damages up to $30,000 for each work infringed for its acts of copyright infringement;

8.  Pursuant to 17 U.S.C. § 1203(c), that Defendant be required to pay actual damages and disgorgement of all profits derived by Defendant from its acts of removing and altering Plaintiff's copyright management information in the Jerry Lee Lewis Photo;

9.  Pursuant to 17 U.S.C. § 1203(c), that upon Plaintiff's election, Defendant be required to pay statutory damages up to $25,000 for each act of removing and altering Plaintiff's copyright management information in the Jerry Lee Lewis Photo;

10. Pursuant to 17 U.S.C. §§ 505 and 1203(b)(4) and (5), Defendant be required to pay Plaintiff the costs of this action, prejudgment interest, and reasonable attorney's fees; and

11. Plaintiff be granted all other and further relief to which he is entitled.

Dated: October 1, 2018

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ *Kenton Hut*

Kenton J. Hutcherson
Texas Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-164-648

**Effective date of registration:**

May 17, 2013

## Title

**Title of Work:** All unpublished photos 2008 to May 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

**Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Philpot

**Email:** larry@behindthemusic.net          **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236  United States

## Certification

**Name:** Larry G. Philpot

**Date:** May 14, 2013

**Registration #:**  VAU001164648
**Service Request #:**  1-935196132

Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236  United States

# EXHIBIT C

**COMMONS**

# File:Jerry Lee.jpg

 **Download**
all sizes

From Wikimedia Commons, the free media repository



 **Use this file**
on the web

 **Use this file**
on a wiki

 **Email a link**
to this file

**Information**
about reusing

No higher resolution available.
Jerry_Lee.jpg (800 × 533 pixels, file size: 337 KB, MIME type: image/jpeg)

| Open in Media Viewer |
| --- |

## Summary

| | |
| --- | --- |
| Description | English: Jerry Lee Lewis performs in Memphis |
| Date | 30 April 2011, 19:11:35 |
| Source | Own work |
| Author | Larry Philpot |
| | Attribution should be: Photo credit: Larry Philpot, www.soundstagephotography.com . |

## Licensing

**I, the copyright holder of this work, hereby publish it under the following license:**

This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.

You are free:



- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).
- **share alike** – If you alter, transform, or build upon this work, you may distribute the resulting work only under the same or similar license to this one.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 07:47, 4 October 2013 | | 800 × 533 (337 KB) | Nightshooter (talk \| contribs) | User created page with UploadWizard |

- You cannot overwrite this file.

## File usage on Commons

There are no pages that use this file.

## File usage on other wikis

The following other wikis use this file:

- Usage on arz.wikipedia.org
  - قائمة مشاهير الروك اند رول
- Usage on cs.wikipedia.org
  - Jerry Lee Lewis
- Usage on de.wikipedia.org
  - Jerry Lee Lewis
- Usage on en.wikipedia.org
  - Jerry Lee Lewis
  - List of Rock and Roll Hall of Fame inductees
  - List of people from Memphis, Tennessee
- Usage on en.wikiquote.org
  - Jerry Lee Lewis
- Usage on fa.wikipedia.org
  - جری لی لوئیس
- Usage on fi.wikipedia.org
  - Jerry Lee Lewis
- Usage on gl.wikipedia.org
  - Jerry Lee Lewis
- Usage on hr.wikipedia.org
  - Jerry Lee Lewis
- Usage on ko.wikipedia.org
  - 제리 리 루이스
- Usage on vi.wikipedia.org

- Danh sách nghệ sĩ được vinh danh tại Đại sảnh Danh vọng Rock and Roll
- Usage on zh.wikipedia.org
    - 搖滾名人堂成員列表
    - 傑瑞·李·劉易斯

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
|---|---|
| Camera model | Canon EOS-1Ds Mark III |
| Author | Larry Philpot |
| Copyright holder | Copyright, Larry Philpot |
| Exposure time | 1/250 sec (0.004) |
| F-number | f/2.8 |
| ISO speed rating | 100 |
| Date and time of data generation | 19:11, 30 April 2011 |
| Lens focal length | 148 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Jerry_Lee.jpg&oldid=314961861"

This page was last edited on 16 August 2018, at 18:45.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

# EXHIBIT D



# Creative Commons Legal Code

**Attribution-ShareAlike 3.0 Unported**



*CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.*

## License

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

### 1. Definitions

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined below) for the purposes of this License.

c. **"Creative Commons Compatible License"** means a license that is listed at https://creativecommons.org/compatiblelicenses that has been approved by Creative Commons as being essentially equivalent to this License, including, at a minimum, because that license: (i) contains terms that have the same purpose, meaning and effect as the License Elements of this License; and, (ii) explicitly permits the relicensing of adaptations of works made available under that license under this License or a Creative Commons jurisdiction license with the same License Elements as this License.

d. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

e. **"License Elements"** means the following high-level license attributes as selected by Licensor and indicated in the title of this License: Attribution, ShareAlike.

f. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the

terms of this License.

g. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

h. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

i. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

j. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

k. **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;

b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";

c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,

d. to Distribute and Publicly Perform Adaptations.

e. For the avoidance of doubt:

    i. **Non-waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;

    ii. **Waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect

royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,

iii. **Voluntary License Schemes**. The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

a. You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(c), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(c), as requested.

b. You may Distribute or Publicly Perform an Adaptation only under the terms of: (i) this License; (ii) a later version of this License with the same License Elements as this License; (iii) a Creative Commons jurisdiction license (either this or a later license version) that contains the same License Elements as this License (e.g., Attribution-ShareAlike 3.0 US)); (iv) a Creative Commons Compatible License. If you license the Adaptation under one of the licenses mentioned in (iv), you must comply with the terms of that license. If you license the Adaptation under the terms of any of the licenses mentioned in (i), (ii) or (iii) (the "Applicable License"), you must comply with the terms of the Applicable License generally and the following provisions: (I) You must include a copy of, or the URI for, the Applicable License with every copy of each Adaptation You Distribute or Publicly Perform; (II) You may not offer or impose any terms on the Adaptation that restrict the terms of the Applicable License or the ability of the recipient of the Adaptation to exercise the rights granted to that recipient under the terms of the Applicable License; (III) You must keep intact all notices that refer to the Applicable License and to the disclaimer of warranties with every copy of the Work as included in the Adaptation You Distribute or Publicly Perform; (IV) when You Distribute or Publicly Perform the Adaptation, You may not impose any effective technological measures on the Adaptation that restrict the ability of a recipient of the Adaptation from You to exercise the rights granted to that recipient under the terms of the Applicable License. This Section 4(b) applies to the Adaptation as incorporated in a Collection, but this does not require the Collection apart from the Adaptation itself to be made subject to the terms of the Applicable License.

c. If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Ssection 3(b), in the case of an Adaptation, a credit identifying the use of the

Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4(c) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

d. Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

## 5. Representations, Warranties and Disclaimer

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 7. Termination

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

## 8. Miscellaneous

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f. The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

## Creative Commons Notice

*Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.*

*Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of the License.*

*Creative Commons may be contacted at https://creativecommons.org/.*

# EXHIBIT E

[illegible]

# Michael Chabon, pop lyricist

by Liam O'Brien

Mark Ronson's usually mentioned in the same breath as Amy Winehouse. He's the guy who produced Winehouse's hits, but he's also worked with a raft of other notables (Nas, McCartney, Adele) and his solo albums are super enjoyable just Bunches compendia of effortless pop collaborations. So why are we writing about him in MobyLives? Is it because he wrote a song about bikes and we're in Brooklyn, where people apparently use bikes? Is it because his hyper-intense marriage proposal to Rashida Jones was ultimately a failure, and we're big fans of failure? Is it because he looks like someone who would be found working for an indie publisher in Brooklyn? No, no, and maybe.

But really, it's because of Michael Chabon. *The New York Times* ArtsBeat reports that the Pulitzer winner was commissioned to write for Ronson's new album; reportedly, half the songs contain Chabon's lyrics. In the type of glitterati vignettes that the Times does so well, the paper reminds us that rich and famous people with rich and famous friends can just decide creative things with other rich and famous people and that's kind of what drives most industries, actually, come to think of it. In this case, Ronson was a fan of *Kavalier and Clay*, so the next logical step was of course to write pop songs with the author.

> Why not write to Mr. Chabon…and invite him to write lyrics for Mr. Ronson's next album?" Mr. Chabon took the bait. He has written lyrics for half the songs on Mr. Ronson's "Uptown Special," his fourth album – and his first since 2010's Record Collection – which is due in January

We should all be glad that Ronson was a fan of a novelist as earnest and palatable as Chabon. I don't want to imagine a pop album with lyrics by Jonathan Franzen…wait. I take that back. I'm imagining that now and it sounds amazing. "Someone got Franzen on the phone?" I say, in my daydreams

Chabon wrote a really great (and shockingly low-stakes) novel about music in *Telegraph Avenue*, and it's REALLY hard to write about music without lapsing into wrongheaded romanticism or lazy impressionism. Chabon pulled it off, but the quality of previous novelists-turned-lyricists projects is all over the place.

On the good side: *Kin*, by Mary Karr and Rodney Crowell. Yes, okay, Karr's not technically a novelist, but whatever. *Kin*'s a fantastic album – I saw Karr and Crowell perform it live at Joe's Pub and it was pure gold. And like Ronson's album, it was stuffed with guests, so you got a number of gifted voices to shape Karr's expert imagery. It's a wildly good album and you should all listen to it right now so you can be cool like me.

But on the other side, you've got *Lonely Avenue* by Ben Folds and Nick Hornby, which the less said about the better. It's about as interesting and colorful as a post office bucket.

There's no denying Ronson or Chabon's talent with their chosen mediums, and their ability to please crowds. I like Mark Ronson because he's ear candy, and Chabon because he makes word candy (I don't care what anyone says, you're all haters and I'm riding above you like the parrot in that 12-page sentence Chabon wrote that one time). So I hope that their collaboration doesn't cancel itself out and end up being a lighter shade of meh. Because that means I'm officially old.

*Liam O'Brien is the Sales & Marketing Manager at Melville House, and a former bookseller.*

Tweet Like

Authors

[illegible]

Pope Francis comes to America

A whole new data point in the publishing gender bias

Why Brilliant Books is offering refunds to customers who purchased Go Set A Watchman

The Brooklyn Eagles Literary Prize aims to recognize "the Brooklyn spirit"

Was Pulp's 'Common People' inspired by Greek finance minister Yanis Varoufakis' wife?

Did Barnes & Noble sell bogus signed copies of Jerry Lee Lewis biography?

Want to learn to play the ukulele? You can check one out of the library in Chicago or Portland

n+1 celebrates, anthologizes tenth anniversary

BEN FOLDS LYRICS MARK RONSON MARY KARR MICHAEL CHABON [illegible]
NICK HORNBY RODNEY CROWELL TELEGRAPH AVE

MOST VIEWED STORIES

- Come visit Melville House at the Brooklyn Book Festival this Sunday!
- Pope Francis comes to America
- The Art of the Novella challenge 38: My Life
- The Apocalypse is here, and it's dystopian

THE DEATH OF THE AUTHOR
Gilbert Adair

THE DEATH OF IVAN ILYICH
Leo Tolstoy

MOST RECENT STORIES

- Pope Francis comes to America
- The Art of the Novella challenge 38: My Life
- Come visit Melville House at the Brooklyn Book Festival this Sunday!
- Fall Books Preview: The Day the Renaissance Was Saved
- Fall Books Preview: The Happy Marriage
- Fall Books Preview: The Deep Sea Diver's Syndrome
- Fall Books Preview: Good on Paper

NOVELLA SUBSCRIPTION SERIES

SIGN UP HERE





October 2, 2013

# Memoir by Bob Dylan confidante attracts worldwide interest

by Julia Fleischaker

A new book about Bob Dylan is sparking interest across the publishing world. Victor Maymudes served as Dylan's confidante, friend, and tour manager from 1961 all the way through to 1982. The two had a falling out around 2000, and Maymudes began his book soon after. According to *Rolling Stone*, he signed a six figure deal with St. Martin's Press and taped 24 hours of recollections soon after. But, soon after he began his memoir, he died suddenly of a brain aneurysm in 2001.

*Publishers Weekly* writes about what happened next:

> His son Jacob, then 21, who personally removed the life support, was devastated, too broken to return to the project. Then, in January this year, the family home burned down, and among the very few items salvaged from the charred wreckage was a box containing the tapes. "Twenty four hours of personal stories, philosophy, ideology and more importantly his voice had survived. That was my tipping point and I would decide in the months to come to finish his book," writes Jacob in the introduction to the outline, seen by Bookbrunch. He would do it "not for financial gain, not for vanity, for one simple reason: so I could show my kids who their grandfather was and the slice of history he had a hand in."

Jacob Maymudes went to Kickstarter to fund the project, but was eventually persuaded to sign with Adam Gauntlett of the U.K.-based agency Peters Fraser & Dunlop, who is now selling the project. As noted, St. Martins Press already holds North American rights, but the agency tells *Publishers Weekly* that eight UK publishers have expressed interest and noted particular excitement in France and Germany.

*Publishers Weekly* notes that many familiar names will be present in the book, *Another Side of Bob Dylan*, including Joan Baez, Dennis Hopper, and even Meg Ryan. According to the June *Rolling Stone* story that got Gauntlett's attention, the book will be a thorough accounting of Dylan and Maymudes' decades long friendship.

> The book will trace Victor's entire history with Dylan. "My father met Dylan in New York at the [West Village] Gaslight club in early 1961," says Jake. "He was managing Wavy Gravy and Ramblin' Jack Elliott at the time. He was a concert promoter and entrepreneur. He was six years older than Bob and way into the counterculture scene. One of the reasons they got along so well is because my old man had a little bit of insight into that new world that Bob was kind of peering into."
>
> Dylan had just arrived in New York when they met, a complete unknown – a 19-year-old singer on the coffee house scene. "Bob was literally just sitting in the back of the club typing on a typewriter," says Jake. "The few people there knew he was something special. Since my dad was a manager, he went out of his way to potentially manage him." Albert Grossman landed that job, but Victor stuck close by.
>
> When Dylan began playing tiny gigs outside New York City, he brought Victor along with him. "My old man drove him around to coffee shops since nobody else had a car," says Jake. "There wasn't an official role, other than buddy."

Dylan, though famously private, is no stranger to the world of memoirs. His own, *Chronicles Volume One*, was published in 2004 to overwhelming praise. A release date for *Chronicles Volume Two* has yet to be announced.

A book trailer for Maymudes' book is here:

http://www.youtube.com/watch?v=syFY 2XXYYw&feature=youtu.be

Victor Maymudes' obituary can be read here.

*Julia Fleischaker is Melville House's director of publicity.*

Tweet Like

Authors

Pope Francis comes to America

A whole new data point on the publishing gender bias

Why HarperCollins is offering refunds to customers who purchased the set A Watchman

The Brooklyn Eagles Literary Prize aims to recognize "the Brooklyn spirit"

Memoir by Japanese killer "Boy A" provokes uproar

1980s book reveals that job death is a fact of shame

Irish serial killer memoir is almost definitely a hoax

Did Barnes & Noble sell bogus signed copies of Jerry Lee Lewis biography?

BOB DYLAN MEMOIR MEMOIRS NYPD [illegible]

MOST VIEWED STORIES

- Come visit Melville House at the Brooklyn Book Festival this Sunday!
- Pope Francis comes to America
- The Art of the Novella Challenge 2: My Life
- The Apocalypse is here, and it's dystopian

I AWAIT THE DEVIL'S COMING
Mary MacLane

THE ENCHANTED WANDERER
Nikolai Leskov

MOST RECENT STORIES

- Pope Francis comes to America
- The Art of the Novella challenge 2: My Life
- Come visit Melville House at the Brooklyn Book Festival this Sunday!
- Fall Books Preview: The Day the Renaissance Was Saved
- Fall Books Preview: The Happy Marriage
- Fall Books Preview: The Deep Sea Diver's Syndrome
- Fall Books Preview: Good on Paper




